IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Roxie Ann Hairston,                              Chapter 13

        Movant/Debtor,              Adv. Proc. No. 18-05345-lrc

vs.

Mid America Mortgage, Inc.

        Respondent/Claimant.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 28, 2018 the parties identified below were served, by First Class mail in a properly addressed and posted envelope, with a true and correct copy of Plaintiff's Adversary Proceeding To Determine Dischargeability Pursuant To Federal Rule Of Bankruptcy Procedure 4007 And 11 U.S.C. § 1328(c)(1) and Summons related to same as issued by the Clerk of the Court on December 26, 2018.

Mid America Mortgage, Inc.
c/o Registered Agent Solutions, Inc.
900 Old Roswell Lakes Parkway, Suite 310
Roswell, Georgia 30076
(Certified Mail)

Roxie Hairston
4421 Spring Mountain Lane
Powder Springs, Georgia 30127

Melissa J. Davey
Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, Georgia 30303

This 28th day of December, 2018.

        /s/ Matthew T. Berry
        Matthew T. Berry, GA Bar No.: 055663
        Attorney for Plaintiff/Debtor
        2751 Buford Highway, NE
        Suite 600
        Atlanta, GA 30324
        Tel. (404) 235-3334
        Fax (404) 235-3333
        Email: matt@mattberry.com